**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

PARDEEP KUMAR #A240-405-651    CASE NO.  1:26-CV-01296 SEC P

VERSUS            JUDGE EDWARDS

WARDEN RIVER CORRECTIONAL CENTER ET MAGISTRATE JUDGE CAROL B.
AL               WHITEHURST

<u>**MEMORANDUM ORDER**</u>

   Before the court is a petition for writ of habeas corpus filed on April 22, 2026.  Upon review of the

record, the Court finds that the plaintiff's suit is not in proper form for the following reasons:

    Plaintiff has failed to submit the petition for writ of habeas corpus on approved
    forms.  NOTE: PLEADINGS MUST BE ORIGINALS AND NOT COPIES OF
    PLEADINGS.  **Plaintiff must submit the petition for writ of habeas corpus <u>on</u>
    <u>approved forms</u> that are legibly handwritten or typewritten.**

   In accordance with the above,

   **IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this order, amend

the pleadings by submitting the information indicated above to the following address: **Clerk of Court, 300**

**Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

   **FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN**
**THE PLEADINGS IN THE INSTANT PETITION BEING STRICKEN FROM THE RECORD.**

   THUS DONE in Chambers on this __24th__ day of _____April_____, 2026.

                   Carol B. Whitehurst
                  United States Magistrate Judge

w/Enclosures to plaintiff: Habeas form-2241